# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **BRENDA KARINA ARGUETA AYALA,** § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-50 |
| § § | |
| **PAM BONDI,** *et al.*, § § | |
| Respondents. § | |

## ORDER

Pending before the Court is Brenda Karina Argueta Ayala's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). Respondents filed a timely response to the petition on January 21, 2026, (Dkt. 13) in accordance with the Court's Order dated January 15, 2026 (Dkt 4). Having reviewed the Response, Petitioner is ORDERED to submit a reply no later than **February 2, 2026.**

IT IS SO ORDERED.

SIGNED this January 26, 2026.

Diana Saldaña
United States District Judge