United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **BRENDA KARINA ARGUETA AYALA,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00050 |
| § | |
| **PAM BONDI,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

On February 1, 2026, Petitioner Brenda Karina Argueta Ayala ("Petitioner") submitted a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Dkt. 18); *see* Fed. R. Civ. P. 41(a)(1)(A). Because Respondents had already served a motion for summary judgment against Petitioner, (Dkt. 13), and because the dismissal was not signed by all parties who have appeared in the action, the Court determined that Petitioner was required to seek permission from the Court to dismiss the action. *See* Fed. R. Civ. P. 41(a)(2). The Court ordered Petitioner to provide the Court with an explanation of the reason for dismissal which Petitioner provided in her Advisory submitted on February 7, 2026. (Dkts. 19, 20.)

Upon finding good cause show, Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is DISMISSED at the Petitioner's request without prejudice to refiling. *See* Fed. R. Civ. P. 41(a)(2).

Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this February 24, 2026.

                                                        Diana Saldaña
                                                        United States District Judge